COMMONWEALTH of Pennsylvania, Petitioner

v.

Devlin ANNO, Respondent.

Supreme Court of Pennsylvania.

Dec. 3, 2002.

Catherine Lynn Marshall, Philadelphia, for Com. of PA, Petitioner.

Sondra R. Rodrigues, Philadelphia, for Devlin Anno, Respondent.

***ORDER***

PER CURIAM.

**AND NOW,** this 3rd day of December 2002, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED. *See Commonwealth v. Eller,* 807 A.2d 838, 2002 WL 31118999 (2002).